# District Court Of Appeal Of Florida
## Second District

_____

FATIMA Z. ZOUHRI,

Appellant,

v.

MOHAMMED MOUBARKI,

Appellee.

No. 2D2025-0667

_____

November 14, 2025

Appeal from the Circuit Court for Hillsborough County; Melissa C. Black, Judge.

Allison M. Perry of Florida Appeals, P.A., Tampa, for Appellant.

No appearance for Appellee.

PER CURIAM.

     Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.